IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY BREWER, #255909,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| vs.         ) | CASE NO. 2:14cv185-WHA |
| ) | |
| ADMINISTRATION OF TUTWILER, et al.,         ) | (WO) |
| ) | |
| Defendants.         ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #28), entered on July 16, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to comply with the directives of this court and to prosecute this action. Final Judgment will be entered accordingly.

DONE this 28th day of August, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE